

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Stephanie E. O'Byrne
Counsel
Attorney at Law
sobyrne@potteranderson.com
302 984-6067 Direct Phone
302 658-1192 Firm Fax

January 28, 2020

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
The U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *Dr. Lakshmi Arunachalam v. Citigroup Inc., et al.*, C.A. No. 14-373-RGA

Dear Judge Andrews:

  Defendants Citigroup Inc., Citicorp, and Citibank N.A. (collectively "Citi") are in receipt of Plaintiff Dr. Lakshmi Arunachalam's Motion for Summary Judgment of Undisputed Facts (D.I. 86). Citi understands that a response is not required to the foregoing paper since the Court has not set a deadline for an opposition and the case is stayed. Should the Court require a response to Plaintiff's Motion from Citi, please let us know. In the interim, Citi reiterates that, for the reasons articulated in its Status Report of January 8, 2020 (D.I. 84), this case is ripe for dismissal, and respectfully requests that the Court enter an order of dismissal with prejudice (*see id.*, Ex. A).

              Respectfully,

              /s/ Stephanie E. O'Byrne

              Stephanie E. O'Byrne (#4446)

DEM:nmt/56558438/49832

cc: Clerk of the Court (via hand delivery)
   Dr. Lakshmi Arunachalam (electronic mail and Federal Express)
   Counsel of Record (via electronic mail)